Order entered December 18, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-01385-CV

 Anthony Leeartis Hall, Appellant

 V.

 Obinna Chinemerem Njoku, Appellee

 On Appeal from the County Court at Law No. 2
 Dallas County, Texas
 Trial Court Cause No. CC-09-02988-B

 ORDER

 The Court has before it the December 13, 2012 request of Diane L.
Robert, official court reporter for the 14th Judicial District Court, for
an extension of time in which to file the reporter's record. The Court
GRANTS the request and ORDERS Ms. Robert to file the reporter's record by
January 30, 2013.

 /s/MOLLY FRANCIS
 JUSTICE